IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID GEVAS, B 41175 | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 3074 |
| | ) | |
| TERRY McCANN, et al., | ) | Judge Guzman |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION IN LIMINE NO. 2

NOW COMES the Plaintiff, by his attorney, BARBARA J. CLINITE, and pursuant to the Federal Rules of Evidence and Federal Rules of Civil Procedure, moves this Honorable Court in limine for an Order precluding the Defendants, their attorneys, and witnesses, from placing before the jury any evidence, facts, argument, remarks or comments concerning the following:

> Whether the Plaintiff had any prior and/or subsequent injuries to any parts of his body or medical conditions other than those for which injuries are claimed in this action.

Any injuries and medical conditions not in issue would be irrelevant, and would only serve to distract the jury from the matters in issue.

WHEREFORE, Plaintiff respectfully requests that the Court

enter an Order precluding the defense from mentioning, commenting upon, arguing or otherwise conveying such facts to the jury, without first seeking leave of court outside the jury's presence.

Respectfully submitted,

_____
BARBARA J. CLINITE
Attorney for the Plaintiff

BARBARA J. CLINITE
Attorney at Law
P.O. Box 2451
Chicago, Illinois 60690
(312) 977-1985
Atty.No. 03124139

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID GEVAS, B 41175      )
                          )
       Plaintiff,         )
v.                        )   No.  08 C 3074
                          )
TERRY McCANN, et al.,     )   Judge Guzman
                          )
       Defendants.        )

PROOF OF SERVICE

The undersigned, as attorney, hereby certifies that on ~~May~~ JUNE 2 2011 I caused to be electronically filed the Plaintiff's MOTION IN LIMINE NO. 2 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

mcharysh@cskaw-chicago.com

R.tjepkema@yahoo.com

cwalter@atg.state.il.us

/s/ Barbara J. Clinite
BARBARA J. CLINITE

BARBARA J. CLINITE
Attorney at Law
P.O. Box 2451
Chicago, Illinois 60690
(312) 977-1985
Atty.No. 3124139