**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DAVID GEVAS,              )
                                     )
                 Plaintiff,      )      No. 08-CV-3074
                                     )
     v.                      )      Judge Guzman
                                     )
                                   )
TERRY MCCANN, et al.,      )
                                   )
               Defendants.    )

## DEFENDANTS DR. PARTHASARATHI GHOSH, MD, AND DR. EVARISTO AGUINALDO'S MOTION FOR ENTRY OF JUDGMENT

Defendants, DR. PARTHASARATHI GHOSH, MD, and DR. EVARISTO AGUINALDO, by their attorneys, CHARYSH & SCHROEDER, LTD., for their motion for entry of judgment pursuant to Rule 58 state:

1.      On July 12, 2011, the Jury returned a verdict in favor of the defendants and against plaintiff.

2.      Pursuant to Rule 58, every judgment and amended judgment must be set out in a separate document.

3.      Pursuant to Rule 58(b)(1) the clerk must, without awaiting the Court's direction, promptly prepare, sign, and enter the judgment. In this case the Court entered a minute order entering judgment in favor of the defendants. However, the clerk has not prepared, signed or entered a civil judgment form. (Judgment in a Civil Case)

4.      Judgment is not considered "entered" until the judgment is entered in the civil docket as a separate document.

5.      Pursuant to Rule 58(d) a party may request that judgment be set forth in a separate document as required by Rule 58(a).

6.      As such, defendants respectfully request judgment be entered in the civil docket as a separate document as required by Rule 58(a).

WHEREFORE, defendants DR. PARTHASARATHI GHOSH, and DR. EVARISTO AGUINALDO, respectfully request this Honorable Court order the clerk to prepare, sign and enter judgment as a separate document as required by Rule 58(a) and grant such other, further relief as the Court deems just and proper.

CHARYSH & SCHROEDER, LTD.

__s/ Richard A. Tjepkema _____

CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312) 372-8338
Michael J. Charysh (ARDC# 6187455)
Richard A. Tjepkema (ARDC # 6217445)

**<u>PROOF OF SERVICE BY  ELECTRONIC FILING AND U.S. MAIL</u>**


      The undersigned attorney certifies that on August 8, 2011, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on August 8, 2011, with proper postage prepaid.

                                             ___  s/  Michael J. Charysh ___