# EXHIBIT 1

WILLIAM SELMER, DDS
GEVAS v. McCANN

February 1, 2013

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

DAVID C. GEVAS,                      )

             Plaintiff,        )

    -vs-                         ) No. 08 C 3074

TERRY McCANN, et al.,                )

             Defendants.        )


      The deposition of WEXFORD HEALTH SOURCES,

INC., through WILLIAM SELMER, DDS, called for

examination, taken pursuant to Federal Rules 30(b)(6)

and 45 of Civil Procedure of the United States

District Courts pertaining to the taking of

depositions, taken before V. LINDA BOESCH, a Notary

Public within and for the County of DuPage, State of

Illinois, and a Certified Shorthand Reporter, CSR No.

84-3108, of said state, at Suite 5100, 111 South

Wacker Drive, Chicago, Illinois, on February 1, 2013,

at 9:31 a.m.

WILLIAM SELMER, DDS                                    February 1, 2013
GEVAS v. McCANN

Page 13

 1        A.    Yes.

 2        Q.    The other doctors you mentioned, who do

 3   they work for?  Fishman?

 4        A.    State of Illinois.

 5        Q.    Saffold?

 6        A.    Same.

 7        Q.    Gary?

 8        A.    Garge.

 9        Q.    Garge.  I can't read my own writing,

10   Garge?

11        A.    Same.

12        Q.    So you're the only dentist -- the only

13   doctor from Wexford?

14        A.    Yes.

15        Q.    And did all those other doctors you

16   mentioned -- excuse me -- did any of those doctors

17   you mentioned that work for the State, Fishman,

18   Saffold, Garge, or Mitchell, did they work in the

19   dentist office during -- from January to June

20   of 2007?

21        A.    Yes.

22        Q.    Which ones?

23        A.    All of the above.  All the ones I

24   mentioned worked there.

WILLIAM SELMER, DDS                                          February 1, 2013
GEVAS v. McCANN

```
 1        Q.     Were they practicing dentists?

 2        A.     Yes.

 3        Q.     They treated patients?

 4        A.     Yes.

 5        Q.     What about from February, 2007, to June,

 6   2007; same answer?

 7        A.     Yes.

 8        Q.     What were their titles, if you know?

 9   Include yourself in there.

10        A.     There are only two titles you're going to

11   have.  It's going to be DDS and DMD.  I don't know

12   who had which designation but, educationally, those

13   would be the designations.

14        Q.     Was anyone a Chief Dentist?

15        A.     Dr. Mitchell.

16        Q.     And you'd describe the rest as just

17   dentists?

18        A.     Yes.

19        Q.     Did yourself, Dr. Selmer, and the other

20   dentists, Drs. Fishman, Saffold, and Garge, did they

21   report to Dr. Mitchell?

22        A.     I think as the State hierarchy has it, if

23   they needed to report anything, they would have to

24   report to Dr. Mitchell or the Health Care Unit
```

WILLIAM SELMER, DDS                                    February 1, 2013
GEVAS v. McCANN

 1    books discarded?

 2         A.    No.

 3         Q.    Okay.  Dr. Ghosh also testified that

 4    Dr. Mitchell -- that she was the Dental Director.  Is

 5    that your understanding as well?

 6         A.    I was using the term Chief Dentist and

 7    Dental Director interchangeably.  I don't know which

 8    one is which.

 9         Q.    I don't, either.  Is it your

10    understanding that those terms are interchangeable?

11         A.    That's the way I took it.

12         Q.    Okay.  I'd like you to look at Exhibit 2

13    again.  Go to Page WEX194.

14              Is this a job description for the Chief

15    Dentist?

16         A.    That's what it says in the title.

17         Q.    Okay.  Does this describe -- take a

18    minute to look through the bullet points on what the

19    Chief Dentist is supposed to do.  There's 13 so it

20    might take you a minute.

21              And I want you to have in mind whether

22    these describe Dr. Mitchell's role during early 2007

23    when she was the Chief Dentist.  That's what I'm

24    going to ask you after you finish reading that.

WILLIAM SELMER, DDS                              February 1, 2013
GEVAS v. McCANN

Page 23

 1        A.    Okay.  I read it.  I think what I can say
 2   is that I can't say this is an outline of
 3   Dr. Mitchell's -- you know, honestly, I can't say
 4   this is an outline of Dr. Mitchell's responsibilities
 5   because I never read what her responsibilities were.
 6        Q.    Okay.  Well, let's just go through.  Let
 7   me ask you.
 8             From January 30th, 2007, because that's
 9   kind of an important date in this case so I'm just
10   going to start there instead of saying just all of
11   January.
12             From January 30th, 2007, through June
13   of 2007, did you ever see Dr. Mitchell, No. 1,
14   "provide preventative and restorative dental
15   services" to anybody?
16        A.    Yes.
17        Q.    Okay.  Did you ever see her "perform and
18   interpret radiographic examinations as indicated"?
19        A.    Yes.
20        Q.    Did you ever see her "perform operative
21   dentistry including appropriate repair of caries"?
22        A.    Yes.
23        Q.    Did you ever see her "repair and fit
24   proper prosthetic devices"?

WILLIAM SELMER, DDS                                February 1, 2013
GEVAS v. McCANN

                                                          Page 24

 1        A.    Yes.

 2        Q.    Did you ever see her "supervise staff in"

 3   the following:

 4               "Cleaning teeth, making

 5          impressions for prosthetic devices,

 6          planning and maintaining oral

 7          hygiene program, completing

 8          appropriate records accurately, and

 9          all procedures associated with the

10          provision of dental care"?

11        A.    Yes.

12        Q.    Did you ever see her "arrange proper

13   referral for procedures that cannot be performed

14   on-site at facility"?

15        A.    Yes.

16        Q.    Did you ever see her "provide supervision

17   of staff in instruction of residents in preventative

18   practices for maintaining proper oral hygiene"?

19        A.    Can't say that I have.

20        Q.    Okay.  Ever see her "submit monthly

21   report of Dental Department activities"?  Or do you

22   know whether she did?

23        A.    Yeah.  Yeah.  Okay.  Yes.

24        Q.    Do you know whether she "attended Medical

WILLIAM SELMER, DDS                                    February 1, 2013
GEVAS v. McCANN

 1    Audit Committee meetings"?

 2          A.    That I don't know.

 3          Q.    Do you know whether she "participated in

 4    a staff development program"?

 5          A.    That I don't know.

 6          Q.    Do you know whether she "developed and

 7    updated departmental policies and procedures"?

 8          A.    That I don't know.

 9          Q.    Do you know whether she "supervised and

10    evaluated all assigned dental staff"?

11          A.    Yes.

12          Q.    She supervised all those other folks you

13    talked about earlier, right?

14          A.    She was the supervisor, so her

15    supervising, that's something you'd have to ask her

16    it seems like.

17          Q.    Yeah, I'm not asking you to evaluate how

18    she did as a supervisor.  But that was her role, to

19    supervise the other dentists?

20          A.    I'm just saying yes because I know that

21    was her assigned role, so....

22          Q.    Got it.  Do you know whether she

23    "reviewed all outside referrals of staff dentist to

24    assure the necessity for such referrals"?

# EXHIBIT 2

```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

DAVID GEVAS,                      )
                                  )
           Plaintiff,             )
                                  )
   v.                             )  No. 08 C 3074
                                  )
MIKE BORKOWSKI, C/O HENDERSON,    )
WEXFORD HEALTH SOURCES, INC.,     )
DR. PARTHA GHOSH and DR.          )
EVARISTO AGUINALDO,               )  Chicago, Illinois
                                  )  July 8, 2011
           Defendants.            )  9:50 a.m.

                      VOLUME 3
            TRANSCRIPT OF TRIAL PROCEEDINGS
       BEFORE THE HONORABLE RONALD A. GUZMAN AND A JURY


APPEARANCES:

For the Plaintiff:        MS. BARBARA JEAN CLINITE
                          Attorney at Law
                          P.O. Box 2451
                          Chicago, Illinois  60690
                          (312) 977-1985

For the Defendants        ILLINOIS ATTORNEY GENERAL'S OFFICE
Borkowski and Henderson:  BY:  MR. MATTHEW M. SMITH
                               MR. CHRISTOPHER E. WALTER
                          100 West Randolph Street
                          13th Floor
                          Chicago, Illinois  60601
                          (312) 814-4329

For the Defendants        CHARYSH & SCHROEDER, LTD.
Ghosh and Aguinaldo:      BY:  MR. MICHAEL JOHN CHARYSH
                          33 North Dearborn Street
                          Suite 1300
                          Chicago, Illinois  60602
                          (312) 372-8338
```

1   BY THE WITNESS:

2   A.  I told -- I didn't contact Dr. Mitchell because she was

3   handling -- she was an acting health care administrator, still

4   in charge of the dentistry department because Dr. Selmer was

5   working under her.  And I told Mr. Gevas to contact

6   Dr. Mitchell to do that.

7   BY MS. CLINITE:

8   Q.  You told Mr. Gevas?

9   A.  Well, not told.  I wrote the grievance answer.

10  Q.  And you wrote that to -- sent it to the counselor, right?

11  A.  Yes.

12  Q.  So you didn't actually tell Mr. Gevas --

13  A.  No.

14  Q.  -- to contact anybody?

15  A.  No.

16  Q.  Okay.  You didn't contact Dr. Selmer about the grievance,

17  did you?

18  A.  No, but he is -- no, I didn't talk to Dr. Selmer.

19  Q.  Okay.  And in April '07, nothing really prevented you from

20  contacting the dental clinic and asking them to see Mr. Gevas

21  right away?

22  A.  I feel if there was a need, I would have contacted.  I

23  thought at that point, it has become a bad tooth.  It has to

24  be extracted electively.

25  Q.  And so if you had seen Mr. Gevas on -- in April and seen

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


DAVID C. GEVAS,                    )

               Plaintiff,        )

    -vs-                          ) No. 08 C 3074

TERRY McCANN, et al.,              )

               Defendants.        )


       The deposition of WEXFORD HEALTH SOURCES,

INC., through ARTHUR FUNK, called for examination,

taken pursuant to Federal Rules 30(b)(6) and 45 of

Civil Procedure of the United States District Courts

pertaining to the taking of depositions, taken before

V. LINDA BOESCH, a Notary Public within and for the

County of DuPage, State of Illinois, and a Certified

Shorthand Reporter, CSR No. 84-3108, of said state,

at Suite 5100, 111 South Wacker Drive, Chicago,

Illinois, on March 27, 2013, at 9:36 a.m.

1    BY MR. DONOHO:

2        Q.    This is a signature page I found that was

3    produced to me.

4            Is this what you're talking about?

5        A.    This appears to be belonging to this

6    contract.

7        Q.    Okay.  So can you tell looking at this

8    page when the contract started to govern the

9    relationship between the Illinois Department of

10    Corrections and Wexford?

11        A.    This would have been effective

12    December 17th of 2005.

13        Q.    Okay.  As far as you know, did the

14    general terms of this contract continue through 2006

15    and 2007 as well?

16        A.    Yes.

17        Q.    I'd like you to turn to page -- of the

18    contract, back to the contract here, page -- it's on

19    the bottom right-hand corner.  It says WEX110.  Do

20    you see it's got little labels there?

21        A.    Uh-huh.  Yes.

22        Q.    Okay.  At the very bottom in 2.3.10.1, it

23    says, "vendor" -- I assume that's referring to

24    Wexford?

1   figure out which story is correct.

2       MR. TJEPKEMA:  Objection, asked and answered.

3   He testified Wexford did not provide for a chief

4   dentist.

5   BY MR. DONOHO:

6       Q.    So that's your story, that --

7       A.    Can you ask the question?  I'm not sure

8   what the question is.

9       Q.    Sure.

10          So your answer is that Wexford did not

11  provide a chief dentist at all during this time?

12      A.    That's correct.

13      Q.    Okay.  And when I say "during this time,"

14  I mean during the time frame we discussed, right,

15  which is from December 17, 2005, through 2006 and

16  through 2007?

17      A.    Correct.

18      Q.    Okay.

19                  (WHEREUPON, a certain document

20                  was marked Deposition Exhibit No.

21                  4, for identification, as of

22                  03/27/2013.)

23                  (WHEREUPON, the document was

24                  tendered to the witness.)

# EXHIBIT 4

EXHIBIT 2
FOR I.D. 3-27-13 ws

Contract for Services
2006-05-001
1 of 105

**CONTRACT FOR SERVICES**
between
**ILLINOIS HEALTHCARE AND FAMILY SERVICES**
**ILLINOIS DEPARTMENT OF CORRECTIONS**
and
**WEXFORD HEALTH SOURCES, INC.**
**2006-05-001**

The following pages, including any attachments or amendments, will constitute the binding and enforceable contract between the Agency/Buyer and Vendor based upon the submission of the bid and any subsequent negotiations. The Contract is arranged as follows:

1. **AGENCY/BUYER AND VENDOR CONTACT PAGE:** This section provides for the Agency/Buyer and Vendor to specify contact people for the Contract.

2. **SERVICES VENDOR AGREES TO PERFORM:** The Agency/Buyer requests from Vendor, in this section, a detailed description of how Vendor will meet the contractual requirements and Agency/Buyer needs.

3. **PRICE/COMPENSATION:** This section will detail pricing/compensation requirements with at least the following categories of information: (1) Method and Rate of Compensation, (2) Maximum Compensation for Supplies and/or Services, (3) Expenses, (4) Payment Terms and Conditions, (5) Discounts, (6) Tax Exemption.

4. **TERMS AND CONDITIONS:** This section contains the State's terms and conditions for this Contract.

5. **AGENCY/BUYER SUPPLEMENTAL TERMS AND CONDITIONS:** This section indicates whether or not any supplemental terms and conditions are attached and applicable to this Contract.

6. **STATE FORMS REQUIRED OF VENDOR:** This section includes all State Forms that are required to be included in the Contract.

7. **SIGNATURE PAGE: CONTRACT FOR SERVICES:** This section provides for the Agency/Buyer and Vendor to sign and execute the Contract.

WEX103

Contract for Services
2006-05-001
53 of 105

| Facility | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Shift Weekly Hours | Shift FTE | Option A Weekly Hours | Option A FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Menard | | | | | | | | | | | |
| Day Shift | | | | | | | | | | | |
| Clinical Psychologist | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Dental Assistant | | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | | 80.00 | 2.00 | 80.00 | 2.00 |
| Dental Director | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Dentist | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Medical Director | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Medical Records Director | | | | | | | | 0.00 | 0.00 | - | - |
| Optometrist | | 10.00 | | | | | | 10.00 | 0.25 | 10.00 | 0.25 |
| Oral Surgery | | | | | | | | 0.00 | 0.00 | - | - |
| Pharmacy Technician | | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | | 80.00 | 2.00 | 80.00 | 2.00 |
| Physical Therapist | | | | | | | | 0.00 | 0.00 | - | - |
| Physical Therapy Assistant | | | | | | | | 0.00 | 0.00 | - | - |
| Physician | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 96.00 | 1.40 | 56.00 | 1.40 |
| Physician Asst/Nurse Practitioner | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 96.00 | 2.40 |
| Psychiatrist | | 10.00 | 10.00 | 12.00 | 12.00 | 20.00 | | 64.00 | 1.60 | 64.00 | 1.60 |
| Radiology Technician | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Registered Nurse | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 120.00 | 3.00 |
| Social Worker | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Staff Assistant | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Social Worker Supervisor | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Subtotal | 8.00 | 140.00 | 130.00 | 132.00 | 132.00 | 140.00 | 8.00 | 680.00 | 17.25 | | |
| Evening Shift | | | | | | | | | | | |
| Physician Asst/Nurse Practitioner | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 56.00 | 1.40 | | |
| Registered Nurse | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| Subtotal | 8.00 | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | 8.00 | 96.00 | 2.40 | | |
| Night Shift | | | | | | | | | | | |
| Registered Nurse | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| Subtotal | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 1.00 | | |
| Menard Total | 16.00 | 164.00 | 154.00 | 156.00 | 156.00 | 164.00 | 16.00 | 828.00 | 20.65 | 826.00 | 20.65 |

WEX155

Contract for Services
2006-05-001
75 of 105

| Facility | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Shift Weekly Hours | Shift FTE | Option A Weekly Hours | Option A FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stateville CC | | | | | | | | | | | |
| *Day Shift* | | | | | | | | | | | |
| Dentist | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Director of Nursing | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| ENT Clinic | | | | | | | | 0.00 | 0.00 | - | - |
| General Surgery | | | | | | | | 0.00 | 0.00 | - | - |
| Medical Director | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Medical Records Director | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Mental Health Administrator | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Nutritional Clinic/Reg. Dietician | | | | | | | | 0.00 | 0.00 | - | - |
| Opthalmologist | | | | | | | | 0.00 | 0.00 | - | - |
| Optometry | | 6.00 | | | | | | 6.00 | 0.15 | 6.00 | 0.15 |
| Oral Surgery | | | | | | | | 0.00 | 0.00 | - | - |
| Orthopedics Surgery | | | | | | | | 0.00 | 0.00 | - | - |
| Physical Therapist | | | | | | | | 0.00 | 0.00 | - | - |
| Physical Therapy Aide | | | | | | | | 0.00 | 0.00 | - | - |
| Physician | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Physician Asst/Nurse Practitioner | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Podiatry | | | | | | | | 0.00 | 0.00 | - | - |
| Psychiatrist | | 8.00 | 8.00 | 8.00 | 8.00 | | | 32.00 | 0.80 | 32.00 | 0.80 |
| RN | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 120.00 | 3.00 |
| Speech Therapist | | | | | | | | 0.00 | 0.00 | - | - |
| Staff Assistant | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | 40.00 | 1.00 |
| Supervising Nurse | | | | | | | | 0.00 | 0.00 | 80.00 | 2.00 |
| Subtotal | 0.00 | 86.00 | 80.00 | 80.00 | 80.00 | 72.00 | 0.00 | 398.00 | 9.95 | | |
| *Evening Shift* | | | | | | | | | | | |
| Supervising Nurse | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | | |
| Registered Nurse | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| Subtotal | 0.00 | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | 0.00 | 80.00 | 2.00 | | |
| *Night Shift* | | | | | | | | | | | |
| Supervising Nurse | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | | |
| Registered Nurse | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 1.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| | | | | | | | | 0.00 | 0.00 | | |
| Subtotal | 0.00 | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | 0.00 | 80.00 | 2.00 | | |
| Stateville Total | 0.00 | 118.00 | 112.00 | 112.00 | 112.00 | 104.00 | 0.00 | 558.00— | 13.95 | 558.00 | 13.95 |

WEX177

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID C. GEVAS,           )
                          )
          Plaintiff,      )
                          )
     vs.                  )  No. 08 C 3074
                          )
TERRY McCANN, et al.,     )
                          )
          Defendants,     )


     The Discovery Deposition of

DR. JACQUELINE MITCHELL, taken before RENEE C.

KERR, Certified Shorthand Reporter, in the

State of Illinois, County of Cook, at

Stateville Correctional Center, 16830 South

Broadway Street, Joliet, Illinois,

on the 25th day of March, A.D., 2013,

at 11 o'clock a.m.




Reported By:  Renee C. Kerr

License Number:  084-001508

1    if any of these are correct or not.

2              Chris, did you do this with any

3    help from her.

4              MR. WALTER:  I ran it by her, but I

5    did a lot of it from documents.  I definitely

6    made some mistakes, but I think on that one

7    especially, I think when we talked, you didn't

8    have any administrative role in the healthcare

9    unit itself, did you?

10             THE WITNESS:  I was acting healthcare

11   unit administrator; but, I was not in dental.

12   BY MR. DONOHO:

13      Q    So as acting healthcare unit

14   administrator, I'm sorry, you did do some

15   evaluations of Dr. Saffold, Fischman and Garg?

16      A    Yes.

17      Q    Not Dr. Selmer?

18      A    That would be correct.

19      Q    What about -- okay.  So look at 82

20   then on Exhibit 2.  I am not sure if these --

21   what your position is on these now or IDOC's

22   position.

23             All right.  Between -- Number

24   82.  So it says in 2007 Dr. Mitchell was