# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Gevas, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3074 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| Terry McCann, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOSEPH SHEEHY

I, JOSEPH SHEEHY, if called as a witness in this matter would declare under penalty of perjury pursuant to 28 U.S.C. §1746 and state upon oath that I am competent to testify and that the following facts are true and correct to the best of my knowledge and belief:

1. I am a Supply Supervisor II for the Illinois Department of Corrections ("IDOC") at Stateville Correctional Center ("Stateville").

2. I have held this position since March 1, 2012.

3. As a Supply Supervisor, searching for and retrieving stored documents is one of my duties.

4. Earlier this year I was asked by the Legal Services Division to provide them with the Dental Clinic Appointment Book for the year 2007 and the Dental Clinic Request Book for 2007.

5. These items had been placed in storage sometime after the end of the year 2007.

6. Despite repeated attempts to locate the Appointment Book and Request Book for the year 2007, these items could not be located.

**AFFIANT STATES NOTHING FURTHER.**

Joseph Sheehy, having been duly sworn on oath, states that he has read the foregoing Declaration and that the facts in the Declaration are true and correct to the best of his knowledge and belief.

_____ DATED: 5-3-13

JOSEPH SHEEHY
Supply Supervisor II
Stateville Correctional Center