# EXHIBIT I

Expert Report Prepared by
Dr. Christopher S. Wenckus, DDS

*David Gevas v. Terry McCann, et al.*
(N.D. Ill., Case No. 08 C 3074)

By: _Wenckus_, D.D.S.

Dated: _7/15/2013_

## Table of Contents

**PAGE**

**Dr. Christopher S. Wenckus's Opinion** ...................................................................1

**Appendix A – Qualifications** ....................................................................................4

**Appendix B – Expert Testimony in the Past Four Years**.....................................21

**Appendix C – Statement of Compensation**...........................................................22

## Dr. Christopher S. Wenckus's Expert Opinions
### *Gevas vs. McCann, et al.*, Case No. 08 C 3074

Nothing that follows is or should be interpreted as a legal opinion. All that follows is based on my experience and education as a dentist and professor of dentistry, as summarized in Appendix A, and should be so interpreted.

The following opinions are based upon reading the dental records of the dental clinic at Stateville produced in this case, the depositions of Drs. Selmer and Mitchell, the trial transcript of Dr. Mitchell, and the radiographs produced in this case.

September 17, 2004: David visits the dental clinic and sees Dr. Garg with a chief complaint of a broken tooth. It is evident from the radiographs taken that day that the decay in tooth number three (#3) was extensive, weakening much of the tooth structure which consequently broke away. The periapical structures looked normal on the radiograph.

According to the treatment records, the diagnosis was "carious exposure" (which is not really a diagnosis, but the condition of the tooth), but tooth asymptomatic. Treatment: Gross caries (decay) removed and IRM placed. Note the treatment record says that "Pt don't want tooth extr." This likely means that the patient did not want the tooth extracted, though the recordkeeping in this case is poor so we cannot tell the reason this entry was made.

What we do know from this:
1. David was apparently not in pain on 9/17/04.
2. Decay removed.
3. IRM (Intermediate Restorative Material) was placed in the cavity.
4. Periapical tissues (root end) normal radiographically
5. Patient did not want an extraction.

What we do not know from the appointment on 9/17/04:
1. Was there actually a carious exposure?
2. Was the tooth vital (pulp tissue alive)?
3. Were alternative treatment options given to the patient?
4. Was the patient warned about the consequences of not doing anything?
5. Was a local anesthetic used for pain control?

1

Based upon the above, and taking into consideration the poor recordkeeping, it is likely there was actually a carious exposure of #3 based on the admittedly incomplete records. There is no indication of any diagnostic testing done to verify if the tooth was dead or alive. As reasonably knowledgeable dentists know: (1) if the tooth was already dead, then apical periodontitis is assured, and apical periodontitis can potentially lead to dangerous infections of the head and neck; and (2) if the tooth was alive, then there is slim hope that "plugging the hole", *i.e.* plugging the carious exposure with IRM, as stated in the treatment records, will work because IRM is the wrong material to use to cap the pulp. At the very least the capping agent should have been calcium hydroxide. Currently, the material to use is MTA (Mineral Trioxide Aggregate). The usual and customary procedure would be to warn the patient about doing nothing, and recommending either root canal treatment (RCT) or extraction as the two best choices. All subsequent happenings are based upon what took place on 9/17/04.

There is an entry in the treatment record on 2/7/05 that seems to indicate that the temporary filling material was removed and a permanent restoration was then placed, most likely silver amalgam. The note says the filling was deep (exposed?). Also something was mentioned about patient informed about needing RCT or extraction. Then in the margin and the body of the treatment record, there is a comment about RCT and a copay.

The patient was seen at various times between 2/7/05 and when he finally had the tooth extracted on 6/5/07. He reports symptoms (not always specified in the treatment records) associated with tooth #3 on 8/29/05, 10/24/05, 11/15/05, and 1/30/07. The patient filed two grievances, on 3/5/07 and 3/18/07, complaining of pain and swelling. Nothing was done about these complaints until 6/5/07 when he has the tooth extracted.

2

The recordkeeping is inadequate at best. The records are incomplete as to specifics about diagnostic testing, use of pain control during procedures, external or internal oral exams, etc. All records prior to 9/17/04 are not germane to this case.

If RCT was not an option, then the tooth should have been extracted before 6/5/07. If RCT was allowed, then it too should have been performed before 6/5/07.

Three conclusions can be drawn from the records and depositions.

*First,* if the individual in charge of operations of the dental clinic was a dentist, that person should have been aware of the consequences of not properly treating tooth #3 with either RCT or extraction which can lead to pain and suffering. Proper dental procedures, which any competent dentist would follow, were not followed in this case.

*Second*, there can be no excuse for not treating the problem of tooth #3 soon after the dental visit on 1/30/07, when the record indicates the patient had "tooth pain" for which the patient was given antibiotics and pain medication. Also that visit a radiograph was taken showing evidence of dental infection. The proper procedure should have been to reschedule the patient within a reasonable amount of time which would have been seven to ten days. The entry for the date 1/30/07 only states that at the next visit the patient would have an extraction of tooth #3. Treatment that day was only palliative. Definitive treatment should have followed by the dentist who saw David on 1/30/07.

*Third*, attending dentists, in this case Drs. Mitchell and Selmer, failed to treat David in a timely manner, that which would be expected of any competent practicing dentist. Both had access to the records and should have been able to anticipate the outcomes based upon the treatment records of 9/17/04 when the treatment of the carious exposure took place.

3

## APPENDIX A – Qualifications

CURRICULUM VITAE
Christopher S. Wenckus, DDS, FICD
Diplomate, American Board of Endodontics

| | |
|---|---|
| UIC address | Department of Endodontics |
| | College of Dentistry (M/C 642) |
| | 801 S. Paulina |
| | Chicago, IL 60612 |
| | 312-996-7514 |
| | 312-996-3375 (Fax) |
| | cwenckus@uic.edu |
| Private practice | 30 N. Michigan Ave. - Suite 1320 |
| | Chicago, IL  60602 |
| | 312-236-6077 |
| | 312-237-7985 (FAX) |

I.    Education

| | | |
|---|---|---|
| High school | Hinsdale Twp. High School | 1959-63 |
| B.A. | Ripon College, Ripon, WI | 1967 |
| B.S. in Dentistry | University of Illinois | 1969 |
| D.D.S. | University of Illinois | 1971 |
| Certificate | Rotating general dental internship, | |
| | Rush-Presbyterian St. Luke's Hospital | 1972 |
| Certificate | Endodontic postgraduate training, | |
| | University of Illinois | 1974 |

II.    Licensure

| | |
|---|---|
| General practice - State of Illinois | 1971 |
| Specialist in Endodontics - State of Illinois | 1974 |

III.    Professional History

| | |
|---|---|
| 9/1/2001-Present | Associate Professor with Tenure and Head, Department of Endodontics, full time appointment. |
| 9/1/99-9/2001 | Associate Professor with Tenure and Head, Department of Endodontics, 80% appointment. |
| 1980-9/1/99 | Associate Professor, University of Illinois College Dentistry, Department of Endodontics, 50% time (non-tenured) |
| 1974-80 | Assistant Professor, University of Illinois College of Dentistry, Department of Endodontics, 50% time |
| 1974-Present | Private practice limited to the specialty of endodontics |

4

IV.    Teaching

Time divided between the three major areas of dental education at the University of Illinois College of Dentistry.

Pre-Doc Teaching
Preclinical undergraduate dental students:
        Started teaching Endodontic Technique (Endo 321) - 1977, including one
        1-hr. lecture to Sophomore class
        Two 1-hr. lectures - 1983-91
        Five 1-hr. lectures - 1992 to 1999
        Four 1-hr. lectures - 1999 to 2003
        Two 1-hr lectures – 2004 - present

Endo 331, Clinical undergraduate dental students, i.e., 3rd year teaching in the
        clinic, plus  three 1-hr. lectures in the Clinical Lecture Series to the Junior
        class 1977 to 1999

Course Director, ENDO 331, Clinical Lecture Series in Endodontics,
        1999 to Present

Graduate teaching

a.    Clinic teaching of postgraduate endodontic students
b.    Course Director for ENDO-610, Classic Endodontic Literature, 1976-
      present.
c.    Course Director for ENDO-615, Current Endodontic Literature 1989-2008
d.    Course Director ENDO 617, American Board Preparation Course, 2008 to
      current
e.    Research advisor and consultant to postgraduate students:

      Dr Kevin Herold, 2003 – 2005   "A Scanning electron microscopy
      evaluation of microfractures, deformation and separation in
      EndoSequence and Profile nickel-titanium rotary files using an extracted
      molar tooth model. J Endod 2007; 33:712-714

      Dr. Brian Quesnell, "The Effect of Human Immunodeficiency Virus on
      Endodontic Treatment Outcome".  Published in the Journal of
      Endodontics, 2002-2004 as co-mentor

      Dr. Myank Vora, "In-vitro effect of three root canal filling materials
      containing calcium hydroxide on root dentin pH." 2001-2003

      Dr. Brock Deal,"An evaluation of the chemical and physical properties of
      mineral trioxide aggregate, Portland cement, and a new experimental
      material, fast set MTA", 1998-2000

5

Dr. Richard Pulsipher, "Evaluation of strip perforation potential in curved canals: A comparison of three different techniques", 1995-97

Dr. Dennis Tucker, "The canal wall planing of engine-driven nickel-titanium as compared with stainless steel hand instrumentation", 1993-95

Dr. Scott Bentkover, "A digital comparison of three instrumentation techniques in curved canals", 1991-93

Dr. Gary Brankin, "A comparison of flexibility and torsional properties of nickel titanium K-type files and four other brands of stainless steel K-type files", 1990-92

Dr. Eldon Barrowes, "Rotary instruments for coronal canal enlargement of maxillary molars: Canal wall thickness and the risk of root perforation", 1987-89

Dr. Thomas Johnson, "Ultrasonic and sonic instrumentation of curved root canals: A comparison", 1984-86

Dr. Mary Eichler, "An investigation of the accuracy of two electronic apex locators", 1982-84

Dr. Gary B. Carr, "Analysis of collagenase activity from cultured   cells of human periodontal ligament", 1980-82 (Paper was presented at the AAE Annual Session)

Other areas of teaching responsibility

a.  Presented elective course on advanced endodontics to Junior and Senior students.  Total 20 hrs.
b.  Presented elective course on endodontic literature to Senior students. Total 25 hrs.
c.  Clinical consultant to 4th year Comprehensive Oral Health Care Program
d.  Clinic consultant to the Oral Diagnosis Department
e.  Clinic consultant to the Oral Surgery Department
f.  Yearly revise the Endodontic Treatment Syllabus.  This is the department guide for dental students entering the clinic.  It reflects much of the latest thinking and treatment procedures in endodontics.
g.  Constantly revising and updating course content of ENDO-615 to keep literature review current and relevant
h.  Consultant to the Comprehensive Department to establish clinical guidelines for evaluation of students doing endodontics in the 4th year program
i.  Chicago Dental Assistant Association, "Four-handed Endodontics", Sept. 1980

6

j.   Contributor to final examinations for the Sophomore and Junior classes
k.   Participant in administering oral and written examinations to postgraduate students
l.   In-service training to COHC faculty, co-presenter for all-day course, 12/12/83
m.   Visiting examiner, Northwestern University Dental School, for postgraduate oral examinations, 1988-1997
n.   Presented one-hour Board Review Lecture to seniors, 1994-present
o.   Presented lectures, administered Oral Board type exams and evaluated the post-graduate program in Endodontics at the University of Florida, Gainesville, as the Principle speaker for the Gordon Mattison Memorial Program, 6/19-20/97
p.   Visiting examiner, University of Iowa, Post-graduate program in Endodontics, June 2008
q.   Visiting Examiner, Baylor University, Post-graduate program in Endodontics, Dallas, Texas, May 30, 2010

IV.   Awards

2013 Dr. E. Lloyd DuBrul Faculty Achievement Award, awarded April 26, 2013 at the Centennial Alumni Reunion.

V.   Research

1974 - Presented postgraduate thesis on Internal Anatomy of Anterior Teeth to the Department of Endodontics.  Thesis not published,  but is on hand in the departmental office
See Section IV.c research advisor.

VI.   Publications

Alsanea R, Ravindran S, Fayad MI, Johnson BR, Wenckus CS, Hao J, George A. Biometric Approach to Perforation Repair Utilizing Dental Pulp Stem Cells and Dentin Matrix Protein 1. J Endodn 2011; 37:1092-1097

Burgener B, Ford A, Situ H,  Fayad MI, Hao JJ, Wenckus CS, Johnson BR, BeGole EA, George A. *Biological markers for odontogenic    periradicular periodontitis.* J Endod 2010, 36(8):1307-1310

Moussa N, Xie Q, BeGole E, Johnson B, Wenckus C, Wu C, In-Vitro evaluation of the efficacy of Berberine, a natural antimicrobial plant alkaloid, as an endodontic irrigant. Clinic and Research Day, p. 33, Feb. 3 2010 (Abstract)

Wong J, Raphael S, Johnson B, Wenckus C, Internal Root Resorption: report of a case. Clinic and Research Day, p.62 Feb. 3 2010 (Abstract)

Thompson C, Madison Y, Johnson B, Wenckus C, Treatment of horizontal root fractures; report of a case. Clinic and Research Day, p.63, Feb. 3 2010 (Abstract)

Borgman M, Alapati S, Johnson B, Wnckus C, MTA Pulpotomy: report of a case. Clinic and Research Day, p. 69, Feb. 3 2010 (Abstract)

Alsanea RA, Fayad MI, Johnson BR, Wenckus CS, George A. Perforation Repair Utilizing Dental Pulp Stem Cells and Dentin Matrix Protein 1 Following Subcutaneous Teeth Transplantation in Mice. J Endod March 2009; 35:443 (abstract)

Bigras BR, Johnson BR, BeGole EA, Wenckus CS. Differences in clinical decision making: a comparison between specialists and general dentists. Oral Surg Oral Med Oral Path Oral Radiol Endod. 2008 July; 106(1):139-44

Prescott RS, Alsanea R, Fayad MI, Johnson BR, Wenckus CS, Hao J, John AS, George A. In Vivo Generation of Dental Pulp-like Tissue by Using Dental Pulp Stem Cells, a Collagen Scaffold, and Dentin Matrix Protein 1 after Subcutaneous Transplantation in Mice. J Endod 2008 April; 34(4):421-6

Penesis VA, Fitzgerald PI, Fayad MI, Wenckus CS, Begole EA, Johnson BR. Outcome of one-visit and two-visit endodontic treatment of necrotic teeth with apical periodontitis: a randomized controlled trial with one-year evaluation. J Endod 2008 March 34(3):251-7

Nudera WJ, Fayad MI, Johnson BR, Shu M, Wenckus CS, BeGole EA, Wu CD. Antimicrobial effect of Triclosan and Triclosan with Gantrez on five common endodontic pathogens. J Endod 2007; 33(10);1239-1242

Herold KS, Johnson BR, Wenckus CS. A Scanning electron microscopy evaluation of microfractures, deformation and separation in EndoSequence® and Profile® nickel-titanium rotary files using an extracted molar tooth model. J Endod 2007; 33:712-714

Penesis V, Fayad M, Johnson BR, Wenckus CS, BeGole EA, Fitzgerald P, Endodontic Treatment of Necrotic Teeth With Chronic Apical Periodontitis: A Comparative Study of One-Visit vs. Two-Visit Treatment. J Endod 2006, March; 32:235

Quesnell BT, Alves M, Hawkinson RW, Johnson BR, Wenckus CS, BeGole EA, The Effect of Human Immunodeficiency Virus on Endodontic Treatment Outcome. J Endod 2005; 31:633-36, September

Vora M, Wenckus CS, Johnson BR, BeGole EA, Prescott R. In vitro effect of 3 calcium hydroxide formulations on the root dentin pH. J Endod 2004, April; 30:267

Co-Author, Canal filling with semisolid materials, Chapter 7, Endodontic Therapy by Weine, Sixth Edition, Mosby, 2003.

Buhrley, LJ, Barrows, MJ, BeGole, EA, Wenckus, CS.: Effect of magnification on locating the MB2 canal of Maxillary molars." J Endod 28(4):324-7, April 2002

Deal, BF, Wenckus, CS, Johnson, BR, Fayad, MI, Chemical and physical properties of MTA, Portland Cement, and a New Experimental material, fast set MTA. J Endod 28:252, March 2002

Tucker, D., Wenckus, C.S., and Bentkover, S.: Canal wall planing by engine driven nickel-titanium instruments compared with stainless steel hand instruments", J. Endod. 23: 170, March 1997

Fachin, E.V., Wenckus, C.S. and Aun, C.E.: Retreatment using a modified-tip instrument", J. Endod.21(8): 425-428, Aug. 1995

Brankin, G.W., Wenckus, C.S., and Ashrafi, S.H.: Flexibility/torsional properties of nickel titanium and stainless steel files", J. Endod. 19: 193, April 1993

Weine FS, Wax A, Wenckus CS: Retrospective study of tapered, smooth post systems in place for 10 years or more", J. Endod.17(6): 293, June 1991

Barrowes, E.G., Wenckus, C.S., Remeikis, N.A., and Van Cura, J.E.: Root perforation risk while flaring canals with rotary instruments", J. Endod. 16: 197, April 1990

Weine FS, Wenckus CS: Endodontic treatment of unusual root conditions, part 2", CDS Review 80(6): 28-34, July 1987

Weine FS, Wenckus CS: Treatment of horizontal mid-root fractures: 3 case reports", CDS Review 79(9): 33-38, Oct. 1985

Co-authored video tape, "Instrumentation of curved canals" with Dr. R. Zelikow

VII.    Professional Organizations

Life Member, American Dental Association
Life Member, Illinois State Dental Society
Life Member, Chicago Dental Society
Life Member, American Association of Endodontists

Member, Illinois Association of Endodontists
Member, Edgar D. Coolidge Endodontic Study Club 1974 to Present
Diplomate, American Board of Endodontics, 1987-Present (certificate #784)
Charter Member, College of Diplomates of the American Board of Endodontics,
Fellow, International College of Dentists
Fellow, Odontographic Society of Chicago, 1991-2011
Fellow, International College of Dentists, 1997-Present
Member, American Dental Education Association - ADEA (formerly AADS),
Motorcycling Doctors Association, 1988-Present


VIII.    Committees

College and University Committees

Chair, Search committee for Department head of Periodontics, 2012
Chair, Non-Tenure Clinical Track Promotions Guidelines Committee
        October 2009 to 2011.
Chair, College of Dentistry Strategic Planning Committee, 2006
Co-chair, Subcommittee on Student Admissions 2006 to present
Search Committee for Associate Dean for Academic Affairs, 2003
Member, Subcommittee on Student Admissions, 1999-2006
Member, University of Illinois at Chicago Student Disciplinary Committee,
        1995 to Present
President, Omicron Kappa Upsilon, local chapter, 1989-90
Vice-President, Omicron Kappa Upsilon, local chapter, 1988-89
Faculty member, Omicron Kappa Upsilon (OKU) elected 1984
Faculty Advisory Committee, Dept. of Endodontics, 1983-Present
Univ. of Illinois College of Dentistry Ad Hoc Committee for the Evaluation of the
        Dean, 1980-81
Member, Endodontic Dept. Postgraduate Education Committee, 1983-Present
Member, Endodontic Postgraduate Selection Committee, 1981 to present
Committee for the consolidation of the Departments of Oral Diagnosis, Oral
        Pathology, and Radiology, 1986-87
University of Illinois College of Dentistry, Committee for the Evaluation of
        Excellence in Clinical Teaching, 1990
Chair, Accreditation Facilities  Committee, 1991
Member, College of Dentistry Student Disciplinary Committee, 1989-Present
Member, Search  Committee for the Dean, College of Dentistry, 1998,
Member, Subcommittee on Student Promotions, 1999-2003

Professional Organization Committees and Positions
Commissioner, Commission on Dental Accreditation (CODA), October 2008 to
        October 2012
Chair, Endodontic Review Committee, CODA, Oct. 2008 to October 2012
Site visitor, Commission on Dental Accreditation, 2009 to current

10

CODA Quality Assurance and Strategic Planning Committee, 2010 to 2012
CODA Nominations Committee, 2011- 2012
CODA committee on Language common to all dental Specialties, 2009- 2010
President, College of Diplomate of the American Board of Endodontics,
    April 2012 to April 2013
Chair, Mentoring Committee of the College of Diplomates, 2008 to 2012
Webmaster, College of Diplomates, 2008 to 2012
American Board of Endodontics, Oral examination examiner, 2010 to present
American Board of Endodontics, written examination consultant, 2012
Director, American Board of Endodontics, 2002-2008
Treasurer, American Board of Endodontics 2007-2008
Editor, "*The Diplomate*" official publication of the ABE, 2003 – 2008
Member, Scientific Advisory Panel, Journal of Endodontics, 2003 – Present
Member, Dental Specialty Task Force, Commission on Dental Accreditation,
    2009 to present
Member, Documentation Committee, Commission on Dental Accreditation,
    2008 to present
Member, Written Examination Committee, American Board of Endodontics
    (ABE), 2002 - 2005
Member, Case History Portfolio Committee, ABE, 2002 – 2005
Program Chair, College of Diplomates, 2004 Summer Conference in Bachelor
    Gulch, Colorado
Member, Public & Professional Affairs Committee (AAE), 2000-03
Interim Chair, Public and Professional Affairs Committee (AAE),
    August - November, 2002
Chair, District IV Caucus (representing Illinois, Wisconsin, Indiana, Michigan,
    Ohio, Kentucky, Tennessee and West Virginia) of AAE, 5/8/97
Director, American Association of Endodontists Board of Directors, 1994-97
Board Liaison to Governmental Affairs and Federal Dental Health Services
    Committee of the AAE, 1995-97
Board Liaison to Dental Therapeutics Ad Hoc Committee of the AAE,
    1994 & 1995
Local Arrangements Chairman, AAE Annual Session Committee, 50th
    Anniversary Meeting of AAE, Chicago, 1992-93
American Association of Endodontists, Peer Review and Ethics Committee,
    1988-1994
President, Illinois Association of Endodontists, 1991-1992
Vice-President, Illinois Association of Endodontists, 1990-91
Edgar D. Coolidge Study Club, Chair, Membership Committee, 1986-87
Edgar D. Coolidge Endodontic Study Club, 25th Anniversary Organizational
    Committee, 1986
Illinois Association of Endodontists, Executive Committee, 1985-86, 1988 – 92
Chicago Dental Society, Committee for the renovation and update of the dental
    exhibit at the Museum of Science and Industry, 1985-89
President, Edgar D. Coolidge Endodontic Study Club, 1985-86
Vice-President, Edgar D. Coolidge Endodontic Study Club, 1984-85

Secretary, Edgar D. Coolidge Endodontic Study Club, 1983-84
Treasurer, Edgar D. Coolidge Endodontic Study Club, 1982-83
Program Chairman, Edgar D. Coolidge Endodontic Study Club, 1981-82
Assistant Program Chairman, Edgar D. Coolidge Endodontic Study Club,
        1980-81
Edgar D. Coolidge Endodontic Study Club, Executive Committee, 1980-87
Edgar D. Coolidge Endodontic Study Club, Financial Committee, 1978
Scholastic Chairman, Edgar D. Coolidge Endodontic Study Club, 1976-77
Edgar D. Coolidge Endodontic Study Club, Finance Committee, 1978; 1982
Scholastic Chairman, Edgar D. Coolidge Endodontic Study Club, 1976-77


IX.    Presentations

ABE Case History Construction: Developing a Passing Portfolio. AAE Annual
Session, April 20, 2013, Honolulu, Hawaii

American Board of Endodontics Case History Construction: Seeking Perfection.
AAE Annual Session, April 21, 2012, Boston MA

Case History Portfolio constructions: The Good, The Bad and The Ugly. AAE
Annual Session, April 15, 2011, San Antonio, Texas

Controversies in Dentistry: Implants and Implant Restoration, A Panel
Discussion, Chicago Dental Society's Mid-Winter Meeting, February 25th, 2011,
Chicago Illinois (invited)

"Impact of Implants and Restorability of Teeth on Endodontic Departments", AAE
Department Chair Workshop, August 20-21, 2010 Chicago Illinois (invited
lecturer).

"For Diplomates Only: Mentoring for Case History Portfolios", AAE Annual
Session, San Diego California, April 2010

Workshop: "Endodontics in the New Millennium, Micro-Endodontics" 2 days
hands on and surgical demonstration, with Dr. M Fayad, Dr. Ahmed Abd El-
Rahman Hashem (invited)

Faculty of Oral and Dental Medicine 1st Annual Congress, City Stars, Cairo
Egypt, March 23 through March 28 2008

"Root canal treatment: Are we moving forward or backward and how do we
measure our success" (2 hours – invited)
Panel Discussion, "Decision making: root canals or implants, Let's stop the
debate and understand the rational (3 hours, invited), with Dr. M Fayad, Dr. Carlo
Ercoli, Dr. Rafail Del Castillo

American Board of Endodontics Boardwalk, A.P.I.C.E.S., St. Louis, July 29, 2007 (invited)

Course director and Co-presenter, 17th Annual Charles G. Maurice Lecture Series, "Why good root canals go bad", UIC College of Dentistry May 10, 2006.

"ABE Boardwalk: The Entire Examination Process" co-presenter, April 6th, 2005, AAE Annual Session, Dallas, Texas; AAE Annual session, Honolulu Hawaii, 2006

"ABE Boardwalk: The Oral Examination" co-presenter, May 6th, 2004, AAE Annual Session, Anaheim, California.

"Successful endodontics: What is it? How do I achieve it?" 2 hr lecture, Chicago Dental Society's Midwinter Meeting (Invited), February 20, 2004  Chicago Illinois.

Co-Presenter, "Evidence-Based Evaluation of Current Endodontic Technology", May 2nd, 2003 Annual Session of the AAE, Tampa, Florida

"ABE Board Walk: Focusing on the Case Portfolio", Co-Presenter, May 1st, 2003 Annual Session of the AAE, Tampa, Florida

"ABE Boardwalk: Preparing for Board Certification",  April 2, 2003, University of St. Louis/Southern Illinois University, St. Louis, Missouri. (invited)

"ABE Boardwalk, Preparing for Board Certification", March 21, 2003, University of Michigan, Ann Arbor, Michigan (invited)

"Endodontic Diagnosis; Current Terminology" , three 1 hour lectures given to the clinical faculty, UIC College of Dentistry, October 22, 23, & 25, 2002

Co-presenter: "Maximizing success while minimizing failures in endodontics" 4th Annual Thaddeus Weclew Lecture, UIC College of Dentistry, Chicago, Illinois 5/11/01

Presiding Room Chair, Chicago Dental Society Mid-Winter Meeting, all day 2/24/00

Presenter; "What constitutes success in root canal therapy" and "Endo/Perio - A diagnostic dilemma", (invited) to dentists of San Jose, Costa Rica, San Jose, Costa Rica, 11/10/99

Presenter: "Canal preparation and obturation", Universidad Latina de Costa Rica faculty and students, San Jose, Costa Rica, 11/9/99

Presenter, Lithuanian Endodontic Society Annual Session, Vilnius, Lithuania. Six hours of lectures covering root canal preparation, obturation, success and failure, and Endo-Perio relation-ships, June 4, 5 & 6, 1998

Co-presenter, "Endodontic Emergencies: Meeting the Challenge", a one and one-half hour interactive program at the 1998 AAE Annual Session in New York City, 5/8/98

Presiding Chairman for "Endodontic and Periodontal Interactions", all-day limited attendance clinic, Chicago Dental Society's Mid-Winter Meeting, 2/21/98

Co-Presenter faculty for the "Fundamentals of Microscopic Endodontics", sponsored by the UIC Endodontics Department and the Department of Continuing Education. A two-day, hands-on course given on the following dates: 1998, 99, 2000, 2001, 2002, 2004, 2005 & 2007

Co-presenter/lecturer, all-day participation course, "Bicuspid Endodontics", Chicago Dental Society's Mid-Winter Meeting, Chicago, Illinois 2/22/96

Course Director and lecturer, two-day AGD Mastership participation course, "Endodontic Milieu for the Next Millennium", UIC College of Dentistry, Chicago, Illinois 4/19-20/97

Co-presenter/lecturer, all-day participation course, "Advanced Endodontics, Filling Curved Canals", Chicago Dental Society's Mid-Winter Meeting, Chicago, Illinois 2/20/97

Co-presenter/lecturer, all-day participation course, "Basic Endodontics",Chicago Dental Society's Mid-Winter Meeting, Chicago, Illinois 2/23/95

Course Director and principle lecturer for "Molar Endodontics, A to Z", a two-day participation course at the Univ. of Illinois at Chicago College of Dentistry, Chicago, Illinois 3/4-5/94; 6/2-3/94

Presented "Endodontic Problem Solving" to Peoria District Dental Society, Monday evening meeting, Peoria, Illinois 12/6/93 (invited)

Prepared and presented all-day continuing education participation course, "Preparation and obturation of curved canals", Univ. of Illinois Dept. of Continuing Education, Chicago, Illinois 3/13/93

Presiding Chairman, ½-day panel, "Endodontic problem solving", CDS Mid-Winter Meeting, Chicago, Illinois 2/93

Guest Lecturer on "Endodontic diagnosis and emergency treatment" at the University of Cairo, Cairo, Egypt, 2/92 (invited)

14

Co-prepared and co-presented an all-day participation course, "Using newer canal filling methods", CDS Midwinter Meeting, Chicago, Illinois 2/92

Presented paper, "The risk of molar root perforation during coronal enlargement" at the AAE annual scientific session, Las Vegas, 4/90

Presiding Chairman, ½-day course, "Creative teamwork", CDS Midwinter Meeting, Chicago, Illinois 2/11/90

Prepared and presented an all-day participation course, "Preparation and filling of curved canals", for the Dept. of Continuing Education at the University of Illinois College of Dentistry, Chicago, Illinois 1/20/90 (invited)

Co-prepared and co-presented an all-day participation course, "Preparation and filling of curved canals", CDS Midwinter Meeting, Chicago, Illinois 2/20/89 (invited)

Presented a 3-hour seminar, "Endodontics:  What's current?", to the Chicago Dental Assistants Association at the CDS Midwinter Meeting, Chicago, Illinois 2/19/89 (invited)

Limited-attendance clinic - "Take the trauma out of trauma", CDS Midwinter Meeting, Chicago, Illinois 1988

Table Clinic - "Innovations in Endodontics", presented to the Kenwood-Hyde Park Branch of the CDS, Chicago, Illinois 4/14/87

Presiding Chairman for half-day course, "The ins and outs of radiology", CDS Midwinter Meeting, Chicago, Illinois 2/16/87

Course director and principle lecturer for 5-day continuing education: lab, lecture, and clinical participation course for the Academy of  General Dentistry Mastership program, University of Illinois at Chicago, Chicago, Illinois Feb. & March, 1987

Course director and principle lecturer for 4-day continuing education lab, lecture, and clinical participation course for the Academy of General Dentistry Mastership program, University of Illinois at Chicago, Chicago, Illinois Feb. & March, 1986 Presiding Chairman of half-day course, "Traumatic Injuries" at the CDS Mid-winter Meeting, Chicago, Illinois 2/21/85

Lecturer and course instructor for all-day participation course at the CDS Midwinter Meeting, Chicago, Illinois 2/23/85

Presented 1-hour lecture, "An endodontic update" to the South Side Study Club, Chicago, Illinois 3/17/83

15

Co-prepared and co-presented an all-day course on Endodontic Surgery, University of Illinois long-term participation program, Chicago, Illinois 2/17/82

Presented research paper at the Annual Session of the AAE in Philadelphia, 1981

Principle speaker and course organizer for the University of Illinois' Continuing Education Program (an all-day seminar and participation course) entitled "Demonstration and participation in treatment of curved canals", Chicago, Illinois 3/81; 3/83; 6/82

Limited Attendance Clinic - "Efficient treatment of endodontic emergencies", Chicago Dental Society Midwinter Meeting, Chicago, Illinois 1981

Presented a 1-hour lecture, "Four-handed endodontics", to the Chicago Dental Assistant Association, Chicago, Illinois 9/18/80 (invited)

Co-presenter, Continuing education seminar, "Endodontic surgery for the surgically experienced dentist" (with Drs. Evanson, Peskin, and Zelikow), University of Illinois, Chicago, Illinois 4/79

Presented an all-day presentation, "An overview of endodontics" to corporate group of Unitek Corp. (manufacturers of endodontic instruments),Biloxi, MS, 1980

Presented "An overview of endodontics" to the Chicago staff of Unitek Corp. Chicago, Illinois, 1980

Table Clinic - CDS Midwinter Meeting, "Simplified technique of molar obturation utilizing finger pluggers", Chicago, Illinois 1980

Presented a 1-hour lecture, "Endodontic Emergencies" to the membership of the Kankakee Dental Society, 3/78

Participation on panel presented at the Edgar D. Coolidge Endodontic Study Club's annual retreat in May 1976, comparing aspects of endodontic education at the University of Minnesota, University of Illinois, Northwestern University, Loyola University, and Indiana University

Presented postgraduate thesis to the membership of the Edgar D. Coolidge Endodontic Study Club at the annual retreat, 5/74

Presented a one-half day and all-day continuing education course on Advanced Endodontics as part of the University of Illinois Continuing Education Program, Chicago, Illinois 5/77

Developed and presented a limited attendance clinic at the CDS Midwinter meeting for the Edgar D. Coolidge Endodontic Study Club, Chicago, Illinois 1976
Table Clinic – CDS North Side Branch - "Post room made easier", Chicago, Illinois 1/79

Table Clinic - CDS Midwinter Meeting, Chicago, Illinois 1975-81; 1983

Table Clinic - AAE, New Orleans, 1975


X.    Continuing Education Courses Attended

Chicago Midwinter Meeting, 1971-Present
American Association of Endodontists annual meeting, 1975-83; 85-Present
American Dental Association annual meeting, 1977; 1980; 1995; 1996; 1997: 1999; 2001; 2008; 2009
American Association of Endodontists Conference on Drug Therapy, Chicago, 1979
Edgar D. Coolidge Endodontic Study Club all-day seminars, 1972-86; 1988-Present
Edgar D. Coolidge Endodontic Study Club annual retreat, 1975-1982
Edgar D. Coolidge Endodontic Study Club Annual Three Day Off-Shore Retreat, 2001- present
University of Illinois Dental School Faculty Conference, Rockford, 1974
American Association of Endodontists all-day program, "Inflammation", Phoenix, AZ, 1982
University of Illinois College of Dentistry, Dept. of Endodontics, sponsored a 1/2-day seminar with Dr. R. Walton, 11/30/82
Internal Workshop on the Biology of Dentin and Pulp, Charlotte, NC, 6/10-13/84
AAE all-day course, "Comprehensive diagnosis and management of pain in endodontic practice", San Diego, CA, 4/24/85
CPR Basic Life Support, Rush-Presbyterian-St. Luke's Medical Center, 1985; 1987
Dr. Donald Morse, "Flare-ups in endodontics", Univ. of Illinois College of Dentistry, 10/17/86
AAE all-day course, "A critical assessment of the biological rationale for modern endodontic practice", Boston, MA, 4/16/86
AAE all-day course, "Advanced scientific and clinical principles of surgical endodontics", San Antonio, TX, 4/29/87
AAE Memorial and Endowment Foundation course, "Controversies in dentistry", Chicago, 10/23-25/87
AAE all-day participation course, "Electronic gumbo", New Orleans, LA, 5/3/89
Half-day presentation, "Immunological basis for endodontic pathology", Univ. of Illinois at Chicago, 6/27/89

17

All-day seminar, "Management of endodontic mishaps and emergencies with periodontal considerations in endodontic therapy", principle speaker, Dr. M. Torabinejad, O'Hare Marriot Hotel, 6/28/89

Half-day seminar, "Diagnosis and treatment of large lesions and posterior surgery", principle speaker, Dr. C. Newton, Univ. of Illinois College of Dentistry, 2/9/90

AAE all-day continuing education course, "Management of procedural errors in endodontics", Washington, DC, 4/17/91

All continuing education courses sponsored by UIC College of Dentistry, Dept. of Endodontics (Charles G. Maurice lecture series--speakers had been: Drs. Walton (1990); Gutmann (1991); Carr (1992); Zelikow (1993); Ruddle (1994); Weine (1995); Dumsha (1996); Walton (1997)

AAE all-day continuing education course, "Historical and contemporary perspectives on endodontic instrumentation techniques", Chicago, IL, 4/28/93

Two-day "Microscopic Endodontic Surgery Training" course, Univ. of Pennsylvania School of Dental Medicine, 3/14-15/94

AAE all-day continuing eduction course, "Diagnosis and Management of Orofacial Pain", Honolulu, HI, 4/27/94

"Endodontic Applications of Guided Tissue Regeneration", Chicago, IL, 1/23/95

All-day course sponsored by the Hal Gerstein Endodontic Study Club and Marquette University, "Success and Failure - Is it your Fault?", 12/9/95

AAE all-day continuing education program, "The microscope in endodontics: Is it for you?", Dallas, TX, 4/24/96

"Fundamentals in Microscopic Endodontics", two-day participation course on the use of the surgical operating microscope, UIC College of Dentistry, 12/13-14/96

AAE all-day continuing education program, "Endodontic retreatment: The clinician's perspective", Seattle, WA, 5/7/97

AAE all-day continuing education program, "Procedural challenges in endodontics" New York, NY, 5/6/98

CPR Basic Life Support, refresher course for certification, UIC College of Dentistry, 1994-present

Fifth International Symposium on Endodontic Biology, Univ. of Connecticut, Farmington, CT, 10/2-3/99

UIC Budgeting and Financial Management Seminar, 2/23/00

AAE all-day continuing education course, "New concepts in the endodontic-periodontic-prosthodontic relationship", Honolulu, HI, 3/29/00

AAE College of Diplomates Summer Conference 2000, Jackson Hole, WY, 8/9-13/00

AAE all-day continuing education course, "Maximizing success in endodontic surgery", New Orleans, LA, 3/28/01

International Symposium on Endodontic Biology, "Endodontic diagnosis and treatment planning: Recent concepts and technologies", Univ. of CT, 9/29- 30/01

18

Chicago Dental Society, Mid -winter Meeting, All day presentation, Dr. Noah
Chivian, "Endo 101", Feb 23, 2002
AAE all day symposium, "Maximizing Success in Non-surgical Endodontics".,
Chicago IL, April 10, 2002
Evidence-Based Medicine; Dental Educators' Workshop, UIC College of
Medicine, Chicago Il, May 22 & 23, 2002
College of Diplomates Summer Conference, Evidence-Based Dentistry, Ashville,
North Carolina, August 7-11, 2002
8th International Symposium on Endodontic Biology, Enhancing Endodontic
Prognosis, University of Connecticut Health Center, Farmington,
Connecticut, October 12 & 13, 2002
E.D. Coolidge, Harold Epstein Memorial Lecture, Chronic Orofacial Neuropathic
Pain, presented by Dr. Glen Clark, 6hrs, ADA Building, Chicago, IL,
October 30, 2002.
AAE all-day Pre-Session Symposium, "Clinical Aspects of Endodontic
Microbiology" AAE Annual Session, Wednesday, Tampa, Florida, April 29,
2003.
E.D. Coolidge, Harold Epstein Memorial Lecture, Dr. Jim Gutmann, all day,
Wednesday Oct 15th, ADA Building, Chicago, IL
9th International Symposium on Endodontic Biology, "Endodontic Pathogens and
Periradicular Osteolysis", University of Connecticut Health Center,
Farmington,  Connecticut, October 18 & 19, 2003
American Association of Endodontists Pre-Session Symposium, "Current
concepts and controversies in vital pulp therapy." Wednesday May 5th,
20004, Anaheim, CA.
College of Diplomates Summer Conference, "Current treatment approaches for
dental trauma: Based on facts or opinions?" August 4-8, 2004, Bachelor
Gulch, Colorado.
10th International Symposium on Endodontic Biology, "Do Microorganisms still
matter?" Oct 10 and 11, 2004 University of Connecticut Health Center,
Farmington,  Connecticut
E.D. Coolidge, Harold Epstein Memorial Lecture, "Creating the State of the Art
Practice"  Wednesday Oct 20th, 2004, All day presentation by Dr. Gary
Carr, ADA Building, Chicago IL.
E.D. Coolidge, Harold Epstein Memorial Lecture, Martine Trope, "The disconnect
between available evidence and our clinical practice- Will it led to our
extinction?" , October 19, 2005, ADA Building, Chicago IL.
AAE Pre-Session Symposium, "Successful Management of the Compromised
Tooth", April 6, 2005 all day, Dallas Texas
AAE Fall Conference, "Pain Control in Endodontics", November 3 – 5, 2005,
Naples, Florida.
College of Diplomates Summer Conference, "Endodontic Infections & Everything
an Endodontists needs to know about Restoration of Endodontically
Treated Teeth', August 2-6, 2006, Santa Ana Pueblo, New Mexico

AAE Pre-Session Symposium, Emerging Strategies in the Management of Post-Treatment Endodontic Disease, April 9, 2008 all day, Vancouver, British Columbia, Canada.

College of Diplomates Summer Conference, "New Concepts in Endodontics", August 6-10, 2008, Lenox, Massachusetts

AAE Consensus Conference on Diagnostic Terminology, Chicago, Illinois, October 2008.

AAE Fall Conference, "Differential Diagnosis of Orofacial Pain", October 29-31 2009, Cancun Mexico

AAE Department Chair's Workshop, Joint Conference of Department Chairs and Corporate Representatives, Chicago Illinois August 2010

College of Diplomates Summer Conference, "Essentials of Apical Surgery", Deer Valley, Utah, August 2010

AAE Fall conference, "Future Endodontics: It's not that far away", Hilton Head Island, S.C. October 2010

## Appendix B – Expert Testimony in the Past Four Years

I participated in two cases in the past four years where I gave deposition or trial testimony.

In *Novak v. Pisano*, No. 2007 L 06180 (Ill. Cir. Ct.), I gave deposition testimony on March 30, 2010, and trial testimony in May 2011, both on behalf of the defendant.

In *Khaghani v. Zaffarkhan*, No. 11 L 009310 (Ill. Cir. Ct.), I gave deposition testimony on behalf of the plaintiff on April 2, 2013.

## Appendix C – Statement of Compensation

$250 per hour        applies to time devoted to document review, report or opinion preparation, attending depositions

$500 per hour        applies to trial testimony