# EXHIBIT J

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| 9/19/05 | _[illegible]_ DDS to n.a.c. | | 19/11/05 | _[illegible handwriting]_ | _[signature]_ |
| | nr. _[illegible]_ P.U. comply | | | | |
| 9/23/05 | _[illegible handwriting]_ | | | | |
| | update | | 11/17/05 | _[illegible handwriting]_ | _[signature]_ |
| | nr. _[illegible]_ E.U. comply | | | | |
| 10/17/05 | ref exam | | 11/22/05 | _[illegible handwriting]_ | |
| | _[illegible]_ | 10/24/05 | _[signature]_ | | | |
| 10/24/05 | S: c/o SENSITIVITY #3 | | 8/5/06 | Biannual exam | |
| | - occasional throbbing | | | HS – N/o DS | |
| | O: No apparent fistulas | | | Tx: exam, 4BWS, dental | |
| | A: X-Ray #3 PA-r | | | findings and explained | |
| | BW _[illegible]_ | | | _[illegible]_ to patient | |
| | Pt has 5.6 mm pockets | | | NV – PRN | _[signature]_ |
| | - Rec: SRP/deep cleaning | | 1/30/07 | Visual exam | |
| | _[illegible]_ Filling not? | | | C/o "tooth pain" | |
| | _[illegible]_ symptoms | | | Tx: exam, PAN, #3 has | |
| | occurred after cleaning | | | _[illegible]_ w/ 11/2 week | |
| | _[illegible]_ | | | recommended _[illegible]_ | |
| | NV: SRP/deep cleaning | | | on visiting, Motrin _[illegible]_ | |
| | #3 | 12/5/05 | _[signature]_ | | NV: ext #3 | _[signature]_ |
| 4/14/05 | Pt _[illegible]_ | _[signature]_ | 3/20/07 | No show | _[signature]_ |
| | _[illegible]_ (NDRO 11/15/05) | _[signature]_ | 6/1/07 | No show _[illegible]_ | _[signature]_ |
| | | | | nr. placed in Tx | |

: 00244