David Gevas
         Plaintiff,

v.                  Case No.: 1:08−cv−03074
                 Honorable Ronald A. Guzman

Mike Borkowski, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2014:

  MINUTE entry before the Honorable Ronald A. Guzman: Jury trial held. Jury deliberation. Jury verdict for Defendant regarding Plaintiff's claim for deliberate indifference and Plaintiff's claim for professional negligence. Judgment on the verdict. Jury trial ends. Post trial motions to be filed by 7/24/2014. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.