# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

David Gevas,

Plaintiff(s),

v.

Terry McCann, et al ,

Defendant(s).

Case No. 08 C 3074
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Dr. Selmer
and against plaintiff(s) David Gevas

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 7/3/2014                                                Thomas G. Bruton, Clerk of Court

                                                              Carole Gainer, Deputy Clerk